IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEAH CRAWLEY-KELSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0698 |
| ) | Judge Trauger |
| HARTFORD FINANCIAL SERVICES GROUP, ) | Magistrate Judge Griffin |
| INC., THE HARTFORD INSURANCE ) | |
| COMPANY, THE HARTFORD-BENEFIT ) | |
| MANAGEMENT SERVICES, and ) | |
| THE HARTFORD-DISABILITY CLAIM ) | |
| APPEAL UNIT, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On September 7, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 66), recommending that the defendants' Motion To Dismiss And To Substitute (Docket No. 29) be granted. On September 23, 2010, the court granted the plaintiff an extension until September 29, 2010 within which to file objections to this Report and Recommendation. (Docket No. 89) On September 28, 2010, the plaintiff filed a second Motion, requesting an extension of time for objecting to this Report and Recommendation. (Docket No. 92)

The court has reviewed the well-reasoned Report and Recommendation issued by the Magistrate Judge and finds that the plaintiff's objecting to this Report and Recommendation would be futile. The plaintiff's Motion for a further extension of time within which to object to the Report and Recommendation (Docket No. 92) is therefore **DENIED**.

The Report and Recommendation (Docket No. 66) is **ACCEPTED** and made the

1

findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion To Dismiss And To Substitute (Docket No. 29) is **GRANTED.** It is further **ORDERED** that defendants The Hartford Insurance Company, The Hartford Financial Services Group, Inc., The Hartford-Benefit Management Services, and The Hartford-Disability Claim Appeal Unit are **DISMISSED** as defendants in this case, and Hartford Life and Accident Insurance Company is hereby **SUBSTITUTED** as the sole defendant.

It is so **ORDERED.**

Enter this 30th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge